| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter  11 |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | 9300 Wilshire LLC |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | AKA 9300 Wilshire, LLC |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-4785773 |
| 4. | **Debtor's address** | **Principal place of business**  9744 Wilshire Blvd, Ste 203  Beverly Hills, CA 90212  Number, Street, City, State & ZIP Code    Los Angeles  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code    **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | None |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  **9300 Wilshire LLC** _____    Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    _5313_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor  **9300 Wilshire LLC** _____  Case number (*if known*) _____
      Name

| | | |
|---|---|---|
| 11. | Why is the case filed in *this district*? | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply*.)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

**Statistical and administrative information**

| | | |
|---|---|---|
| 13. | Debtor's estimation of available funds | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| 14. | Estimated number of creditors | ☒ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000<br>☐ 50-99     ☐ 5001-10,000     ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000     ☐ More than100,000<br>☐ 200-999 |
| 15. | Estimated Assets | ☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☒ $100,000,001 - $500 million     ☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☒ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |

Debtor  9300 Wilshire LLC _____  Case number (*if known*) _____
      Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/20/2023
                MM / DD / YYYY

X  *[signature]*                                  Leonid Pustilnikov
Signature of authorized representative of debtor    Printed name

Title  Manager

**18. Signature of attorney**

X  *[signature]*                                  Date  02/20/2023
Signature of attorney for debtor                            MM / DD / YYYY

Victor Sahn
Printed name

Greenspoon Marder LLP
Firm name

333 S Grand Ave Suite 3400
Los Angeles, CA 90071
Number, Street, City, State & ZIP Code

Contact phone  (213) 626-2311    Email address  victor.sahn@gmlaw.com

CA  97299
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

# United States Bankruptcy Court
## Central District of California

In re: 9300 Wilshire LLC

Debtor(s)

Case No.

Chapter: 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Alex Hotel LLC<br>541 S. Spring Street, Ste 1208<br>Attn: Marc Cohen<br>Los Angeles, CA 90013 | | 50% | LLC Membership |
| SLH Fund, LLC<br>541 S. Spring Street, Ste 1208<br>Attn: Marc Cohen<br>Los Angeles, CA 90013 | | 50% | LLC Membership |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: 2/20/2023

Signature: *[signed]* Leonid Pustilnikov

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**WRITTEN CONSENT OF THE MEMBERS AND MANAGER OF 9300 WILSHIRE LLC**

**February 19, 2023**

The undersigned, constituting the two members ("Members") and sole manager ("Manager") of 9300 Wilshire LLC, a Delaware limited liability company (the "Company"), with the power to carry out the purposes, business, property, and affairs of the Company, pursuant to that certain Limited Liability Company Agreement of 9300 Wilshire LLC, as subsequently amended, hereby consent pursuant to the relevant law, to the adoption of the resolution set forth below, effective as of the date set for the above:

**WHEREAS**, the Company has engaged counsel and advisors to provide advice to the Company regarding the Company's obligations to its respective creditors, equity holders, and other interested parties; and

**WHEREAS**, the Company has reviewed and considered, among other things, the advice of its counsel and advisors and has considered the options available to the Company, and has determined that, in its business judgment, it is advisable and in the bests interests of the Company, its creditors, equity holders, and other interested parties that the Company voluntarily file a petition (the "Petition") for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**NOW THEREFORE**, it is hereby:

**RESOLVED**, that the filing by the Company of its Petition, in the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court"), is hereby approved, confirmed and adopted in all respects; and it is further

**RESOLVED**, that the Manager be and hereby is authorized, empowered, and directed to execute and file the Petition in the name and on behalf of the Company in order to seek relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court; and it is further

**RESOLVED**, that the Manager is hereby authorized on behalf of and in the name of the Company to execute and file and cause counsel for the Company to prepare with the assistance of the Company all papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action that the Manager deems necessary and proper in connection with the Company's bankruptcy case without the need for any further approval of the Company, including but not limited to the following: negotiating and obtaining debtor-in-possession financing and/or the use of cash collateral; employing and compensating counsel and professionals; purchasing product or materials; entering into or continuing with agreements; negotiating with creditors, lenders, vendors, suppliers, and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; signing new or amended contracts and leases; commencing and defending litigation involving the Company; selling or liquidating some or substantially all of the Company's assets; causing the Company to propose a

plan of reorganization or liquidation and related disclosure statement and to seek to confirm a plan of reorganization or liquidation; and causing the Company to take whatever steps are necessary to be in compliance with any orders of the Bankruptcy Court; and it is further

**RESOLVED**, that the Company is authorized to employ the law firm of Greenspoon Marder LLP, a Florida limited liability partnership, as bankruptcy counsel, to render legal services to, and to represent, the Company in the chapter 11 case and in any and all related proceedings, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that the Manager be and hereby is authorized, empowered, and directed to retain, on behalf of the Company, such other professionals as the Manger deems necessary, appropriate or desirable, upon such terms and conditions as the Manager shall approve, to render services to the Company in connection with the bankruptcy case and with respect to other related matters in connection therewith, subject to Bankruptcy Court approval, it is further

**RESOLVED**, that any all past actions heretofore lawfully taken by the Manager, or any authorized persons acting under similar authority, as the case may be, of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions are hereby ratified, confirmed, adopted, and approved in all respects, and it is further

**RESOLVED**, that the Manager is authorized to take any and all further actions, and to execute and deliver any and all further instruments and documents, and to pay all expenses, in each case as in his judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted herein.

**IN WITNESS WHEREOF**, I have hereunto set my hand this 19th day of February, 2023.

**Member:**

SLH Fund, LLC,
a California limited liability,

By: _____

Leonid Pustilnikov, Manager

**Member:**

Alex Hotel, LLC,
a California limited liability,

By: _____

David Dromy, Manager

**Manager of 9300 Wilshire LLC:**

By: _____

Leonid Pustilnikov, Manager

SB 53405286v2

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Los Angeles  , California.

Date: 2/20/23

_/s/ Leonid Pustilnikov_
Leonid Pustilnikov
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                    Page 1                    F 1015-2.1.STMT.RELATED.CASES

Fill in this information to identify the case:

Debtor name: 9300 Wilshire LLC

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| CBRE<br>1840 Century Park East, Ste 900<br>Los Angeles, CA 90067 | Neal Golub<br><br>Neal.Golub@cbre.com<br>3105502667 | Real Estate Commission | | | | $70,000.00 |
| Cohen Law Group<br>Attn Marc Cohen<br>547 S. Spring Street, Suite 1208<br>Los Angeles, CA 90013 | Marc Cohen<br><br>marc@clgapc.com<br>2132237707 | Legal Services | | | | $190,000.00 |
| Englander Knabe Allen & Associates LLC<br>801 S. Figueroa St, Ste 1050<br>Los Angeles, CA 90017 | Erik Rose<br><br>eric@ekapr.com<br>8056240572 | Public Relations Services | | | | $5,625.00 |
| KFA<br>3573 Hayden Ave<br>Culver City, CA 90232 | John Arnold<br><br>john@kfalosangeles.com<br>3103093918 | Architecture Professional Services | | | | $99,500.00 |
| KPFF<br>700 S Flower St, Ste 2100<br>Los Angeles, CA 90017 | Sharad Ganju<br><br>Sharad.Ganju@kpff.com<br>2134180201 | Engineering Professional Services | | | | $30,000.00 |
| Manela & Company<br>Attn Limor Amrani<br>6300 Wilshire Blvd. Suite 2030<br>Los Angeles, CA 90048 | Limor Amrani<br><br>3237820818 | Accounting Services | | | | $18,260.00 |

| Debtor | 9300 Wilshire LLC | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Newmeyer Dillion<br>895 Dove St, 5th FL<br>Newport Beach, CA 92660 | Michael Shonafelt<br><br>michael.shonafelt@ndlf.com<br>9492717220 | Legal Services | | | | $14,680.50 |
| Rutan Tucker<br>18575 Jamboree Rd, 9th FL<br>Irvine, CA 92612 | Doug Dennington<br><br>ddennington@rutan.com<br>7146415100 | Legal Services | | | | $25,848.56 |
| Sturgis Holdings LLC<br>768 Pleasant Valley Rd, Ste 300<br>Diamond Springs, CA 95619 | Terrie Prodhon<br><br>terrie.prodhon@prodhon-cpa.com<br>5306221731 | Ground rent | | | | $312,609.31 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | 9300 Wilshire LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   2/20/23     x /s/ signature
                           Signature of individual signing on behalf of debtor

                           Leonid Pustilnikov
                           Printed name

                           Manager
                           Position or relationship to debtor

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Victor Sahn (CA Bar No. 97299)<br>  victor.sahn@gmlaw.com<br>Steve Burnell (CA Bar No. 286557)<br>  steve.burnell@gmlaw.com<br>**GREENSPOON MARDER LLP**<br>333 S Grand Ave Suite 3400<br>Los Angeles, CA 90071<br>Tel.: 213.626.2311  Fax: 954.771.9264<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>9300 Wilshire LLC<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __2/20/23__                         _[signature]_
                                          Signature of Debtor 1

Date: _____                      _____
                                          Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____                      _____
                                          Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                              F 1007-1.MAILING.LIST.VERIFICATION

```
9300 Wilshire LLC
Attn: Mr. Leonid Pustilnikov
9744 Wilshire Boulevard, Suite 203
Beverly Hills, CA 90212


Greenspoon Marder LLP
Attn: Victor A. Sahn Esq
333 South Grand Avenue 34th Floor
Los Angeles, CA 90071


AES Redondo Beach, LLC
co AER US Services LLC
1065 Woodman Drive
Dayton, Ohio 454432


AES Redondo Beach, L.L.C.
Attn Eric Pendergraft Vice President
690 Studebaker Road
Long Beach, CA 90803


California State Water Resources Control Board
1001 I Street
Sacramento, CA 95814


CBRE
Attn Neal Golub
1840 Century Park East Suit 900
Los Angeles, CA 90067


City of Redondo Beach
Attn Michael Web City Attorney
415 Diamond Street
Redondo Beach, CA 90277


Cohen Law Group
Attn Marc Cohen
547 S. Spring Street, Suite 1208
Los Angeles, CA 90013
```

East West Bank
Attn Michael Joe
135 N. Los Robles Ave 6th Floor
Pasadena, CA 91101


Ellison Schneider Harris & Donlan
Attn Jeffrey Harris
2600 Capital Avenue Ste 400
Sacramento, CA 95816


Englander Knabe Allen & Associates LLC
Attn Erik Rose
801 S Figueroa St Suite 1050
Los Angeles, CA 90017


GenOn California South GP LLC
co Jones Day Attn Thomas Donnelly
555 California Street 26th Floor
San Francisco, CA 94104


Jones Day
Attn Thomas Donnelly
555 California Street 26th Floor
San Francisco, CA 94104


Internal Revenue Service
P.O.Box 7346
Philadelphia, PA 19101-7346


KFA
Attn John Arnold
3573 Hayden Ave
Culver City, CA 90232


KPFF
Attn Sharad Ganju
700 S Flower St Suite 2100
Los Angeles, CA 90017

Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110


Manela & Company
Attn Limor Amrani
6300 Wilshire Blvd. Suite 2030
Los Angeles, CA 90048


Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
Attn Jonathan Welner
2043 Century Park East Suite 300
Los Angeles, CA 90067


Morgan Lewis & Bockius LLP
Attn Charles J. Malaret
300 South Grand Avenue 22nd Floor
Los Angeles, CA 90071-3132

Newmeyer Dillion
Attn Michael Shonafelt
895 Dove St 5th Floor
Newport Beach, CA 92660


Rutan Tucker
Attn Doug Dennington
18575 Jamboree Rd 9th, FL
Irvine, CA 92612


Sturgis Holdings LLC
Attn Terrie Prodhon
768 Pleasant Valley Rd Suite 300
Diamond Springs, CA 95619


Valley National Bank
Attn Michael Reed, Vice President
555 West 5th St Suite 3300
Los Angeles, CA 90013

**Equity Holders Mailing Matrix**

Alex Hotel LLC
Attn: Marc Cohen
541 S. Spring Street, Suite 1208
Los Angeles, CA 90013

SLH Fund, LLC
Attn: Marc Cohen
541 S. Spring Street, Suite 1208
Los Angeles, CA 90013