**Fill in this information to identify the case:**

Debtor name ___9300 Wilshire LLC___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA___

Case number (if known) ___2:23-bk-10918-ER___

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ *Amended Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___March 21, 2023___     X _____
Signature of individual signing on behalf of debtor

___Leonid Pustilnikov___
Printed name

___Manager___
Position or relationship to debtor

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___9300 Wilshire LLC_____

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA___

Case number (if known) ___2:23-bk-10918-ER_____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $ ___190,762,500.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $ ___47,041.83

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $ ___190,809,541.83

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ ___48,600,000.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $ ___0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ ___766,523.37

4.  **Total liabilities** .........................................................................................
    Lines 2 + 3a + 3b

$ ___49,366,523.37

**Fill in this information to identify the case:**

Debtor name     9300 Wilshire LLC

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    2:23-bk-10918-ER

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | Wells Fargo Bank, N.A. | Checking | 6543 | $1,367.83 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $1,367.83

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.      **Accounts receivable**

11a. 90 days old or less:          162,945.00    -    146,981.00    = ....          $15,964.00
                        face amount          doubtful or uncollectible accounts

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    9300 Wilshire LLC
_____
Name

Case number *(If known)*    2:23-bk-10918-ER

| | | | |
|---|---|---|---|
| 11b. Over 90 days old: | 416,749.00 | - | 387,039.00 =.... |

face amount                    doubtful or uncollectible accounts                    $29,710.00

**12.    Total of Part 3.**

Current value on lines 11a + 11b = line 12.    Copy the total to line 82.

$45,674.00

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☒ No.    Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.    Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.    Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.    Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.    Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.    Go to Part 10.
☒ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | 9300 Wilshire LLC | | Case number *(If known)* | 2:23-bk-10918-ER |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | 9740-9744 Wilshire Blvd., Beverly Hills, CA 90212, and 125 & 129 S Linden Dr., Beverly Hills, CA 90212 APN: 4328-009-021 (125 S. Linden), 4328-009-007 (129 S. Linden) | Leasehold Interest & Tenancy in common | Unknown | Debtor's own estimate | $40,000,000.00 |
| 55.2. | 174 Kinney St & 169-177 Pier, Santa Monica, CA 90045 APN: 4288-008-008 | Tenancy in common | Unknown | Debtor's own estimate | $12,500,000.00 |
| 55.3. | 1100 N. Harbor Blvd. Redondo Beach, CA 90012 | Tenancy in common | Unknown | Debtor's own estimate | $120,000,000.00 |
| 55.4. | 1241-1251 3rd St Santa Monica, CA 90401 Via 1247 3rd Street, LLC | Ownership via SMLLC | Unknown | Debtor's own estimate | $3,600,000.00 |
| 55.5. | 346 N Maple Dr Beverly Hills, CA 90211 via Beachside Suites, LLC | Ownership via SMLLC | Unknown | Debtor's own estimate | $3,825,000.00 |
| 55.6. | 1127-1137 Horn Ave West Hollywood, CA 90069 via Beachside Suites, LLC | Ownership via SMLLC | Unknown | Debtor's own estimate | $4,250,000.00 |
| 55.7. | 201 S Arnaz Dr Beverly Hills, CA 90211 via Beachside Suites, LLC | Ownership via SMLLC | Unknown | Debtor's own estimate | $2,975,000.00 |
| 55.8. | 232 S Tower Dr Beverly Hills, CA 90211 via Beachside Suites, LLC | Ownership via SMLLC | Unknown | Debtor's own estimate | $3,612,500.00 |

| 56. | **Total of Part 9.** | | $190,762,500.00 |
|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | |

| Debtor | 9300 Wilshire LLC | Case number *(if known)* | 2:23-bk-10918-ER |
|---|---|---|---|
| | Name | | |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☒ No
    ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

    ☒ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☒ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    9300 Wilshire LLC
Name

Case number *(If known)*    2:23-bk-10918-ER

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,367.83 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $45,674.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $190,762,500.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $47,041.83 | + 91b. $190,762,500.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $190,809,541.83 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___9300 Wilshire LLC___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA___

Case number (if known) ___2:23-bk-10918-ER___

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** AES Redondo Beach, L.L.C.<br>Creditor's Name<br><br>1100 N. Harbor Dr.<br>Redondo Beach, CA 90277<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>1100 N. Harbor Blvd. Redondo Beach, CA 90012 | $28,000,000.00 | $120,000,000.00 |
| | **Describe the lien**<br>Environmental Deed of Trust & Performance Deed of Trust | | |
| | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>10/15/2019<br>**Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |
| **2.2** East West Bank<br>Creditor's Name<br>Attn: Michael Joe<br>135 N. Los Robles Ave., 6th Floor<br>Pasadena, CA 91101<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>9740-9744 Wilshire Blvd., Beverly Hills, CA 90212, and125 & 129 S Linden Dr., Beverly Hills, CA 90212APN: 4328-009-021 (125 S. Linden), 4328-009-007 (129 S. Linden) | $13,600,000.00 | $40,000,000.00 |
| | **Describe the lien**<br>Deed of Trust | | |
| michael.joe@eastwestbank.com | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>10/25/2019<br>**Last 4 digits of account number**<br>0147 | | | |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent | | |

| Debtor | 9300 Wilshire LLC | Case number (if known) | 2:23-bk-10918-ER |
|---|---|---|---|
| | Name | | |

including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

| 2.3 | Valley National Bank, fka Bank Leumi USA | | |
|---|---|---|---|

Creditor's name

**Attn Michael Reed, Vice President**
**555 West 5th St., Ste. 3300**
**Los Angeles, CA 90013**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**      $7,000,000.00      $12,500,000.00
174 Kinney St & 169-177 Pier, Santa Monica, CA
90045APN: 4288-008-008

**Describe the lien**
Grant Deed

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**MiReed@valley.com**

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
05/07/2021

**Last 4 digits of account number**
8014

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $48,600,000.00 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| AES Redondo Beach, L.L.C.<br>Attn Marc Miller<br>690 Studebaker Road<br>Long Beach, CA 90803 | Line  2.1 | |
| AES Redondo Beach, LLC<br>co AER US Services LLC<br>1065 Woodman Drive<br>Dayton, OH 454432 | Line  2.1 | |
| East West Bank<br>Attn May Kwong, FVP-Relationship Manager<br>135 N. Los Robles Ave., 6th Fl.<br>Pasadena, CA 91101 | Line  2.2 | 8014 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____9300 Wilshire LLC_____

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA___

Case number (if known) ___2:23-bk-10918-ER_____

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>CBRE<br>Attn Neal Golub<br>1840 Century Park East, Ste 900<br>Los Angeles, CA 90067 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $70,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred  12/10/2021 | Basis for the claim:  Real Estate Commission | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>Cohen Law Group<br>Attn Marc Cohen<br>547 S. Spring Street, Suite 1208<br>Los Angeles, CA 90013 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $190,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred ___ | Basis for the claim:  Legal Services | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>Englander Knabe Allen & Associates LLC<br>Attn Erik Rose<br>801 S. Figueroa St, Ste 1050<br>Los Angeles, CA 90017 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,625.00 |
|---|---|---|---|
| | Date(s) debt was incurred  01/2023 | Basis for the claim:  Public Relations Services | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>KFA<br>Attn Jarod Arnold<br>3573 Hayden Ave<br>Culver City, CA 90232 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $99,500.00 |
|---|---|---|---|
| | Date(s) debt was incurred  09/2022-01/2023 | Basis for the claim:  Architecture Professional Services | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☒ No   ☐ Yes | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | 9300 Wilshire LLC | | | Case number (if known) | 2:23-bk-10918-ER |
|---|---|---|---|---|---|
| | Name | | | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00

KPFF
Attn Sharad Ganju
700 S Flower St, Ste 2100
Los Angeles, CA 90017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 01/31/2023

**Basis for the claim:** Engineering Professional Services

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,260.00

Manela & Company
Attn Limor Amrani
6300 Wilshire Blvd. Suite 2030
Los Angeles, CA 90048

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/2022-02/2023

**Basis for the claim:** Accounting Services

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,680.50

Newmeyer Dillion
Attn Michael Shonafelt
895 Dove St, 5th FL
Newport Beach, CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 07/2022-01/2023

**Basis for the claim:** Legal Services

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,848.56

Rutan Tucker
Attn Doug Dennington
18575 Jamboree Rd, 9th FL
Irvine, CA 92612

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/2022-02/2023

**Basis for the claim:** Legal Services

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $312,609.31

Sturgis Holdings LLC
Terrie Prodhon
768 Pleasant Valley Rd, Ste 300
Diamond Springs, CA 95619

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/1/2020-5/31/2022

**Basis for the claim:** Ground Rent

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts | |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 766,523.37 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 766,523.37 |

**Fill in this information to identify the case:**

Debtor name    9300 Wilshire LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    2:23-bk-10918-ER

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
     ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Ground Lease as to Lots 35 and 36 of Tract 6648 re: 9740-9744 Wilshire Blvd., Beverly Hills, CA | |
| | State the term remaining | 29 years 10 months | Sturgis Holdings LLC Terrie Prodhon 768 Pleasant Valley Road, Ste. 300EJT Wilshire Linden, LLC Diamond Springs, CA 95619 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 50 acres; power plant ,1100 N. Harbor Dr., Redondo Beach, CA | |
| | State the term remaining | 10/5/2018 - later of the following date - 60days after Shutdown Approval Date and date all Shutdown Criteria are met | AES Redondo Beach, L.L.C. 1100 N. Harbor Dr. Redondo Beach, CA 90277 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease at 9740-9744 Wilshire Blvd., Beverly Hills, CA 90212 to Tenant | |
| | State the term remaining | Month-to-Month Lease | The Body Pilates 9744 Wilshire Blvd., #102 Beverly Hills, CA 90212 |
| | List the contract number of any government contract | | |

| Debtor 1 | 9300 Wilshire LLC | | | Case number *(if known)* | 2:23-bk-10918-ER |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease at 9740-9744 Wilshire Blvd., Beverly Hills, CA 90212 to Tenant | |
|---|---|---|---|
| | State the term remaining | 87 months | |
| | List the contract number of any government contract | | Pnache Bridal, LLC<br>9744 Wilshire Blvd., #103<br>Beverly Hills, CA 90212 |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease at 9740-9744 Wilshire Blvd., Beverly Hills, CA 90212 to Tenant | |
|---|---|---|---|
| | State the term remaining | 28 months | |
| | List the contract number of any government contract | | DIICO Properties, LLC<br>9744 Wilshire Blvd., #203<br>Beverly Hills, CA 90212 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease at 9740-9744 Wilshire Blvd., Beverly Hills, CA 90212 to Tenant | |
|---|---|---|---|
| | State the term remaining | Month-to-Month Lease | |
| | List the contract number of any government contract | | Dorna A. Nili<br>9744 Wilshire Blvd., #205<br>Beverly Hills, CA 90212 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease at 9740-9744 Wilshire Blvd., Beverly Hills, CA 90212 to Tenant | |
|---|---|---|---|
| | State the term remaining | Month-to-Month Lease | |
| | List the contract number of any government contract | | Universal Promote, Inc.<br>9744 Wilshire Blvd., #207<br>Beverly Hills, CA 90212 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease at 9740-9744 Wilshire Blvd., Beverly Hills, CA 90212 to Tenant | |
|---|---|---|---|
| | State the term remaining | Month-to-Month Lease | |
| | List the contract number of any government contract | | Hanwook   Jo, CPA<br>9744 Wilshire Blvd., #209<br>Beverly Hills, CA 90212 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor 1    9300 Wilshire LLC

   First Name          Middle Name          Last Name

Case number *(if known)*    2:23-bk-10918-ER

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease at 9740-9744 Wilshire Blvd., Beverly Hills, CA 90212 to Tenant |
| State the term remaining | 28 months |
| List the contract number of any government contract | |
| | Checkmate Gaming, LLC<br>9744 Wilshire Blvd., #210<br>Beverly Hills, CA 90212 |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease at 9740-9744 Wilshire Blvd., Beverly Hills, CA 90212 to Tenant |
| State the term remaining | 95 months |
| List the contract number of any government contract | |
| | Balec Group<br>9744 Wilshire Blvd., #300<br>Beverly Hills, CA 90212 |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease at 9740-9744 Wilshire Blvd., Beverly Hills, CA 90212 to Tenant |
| State the term remaining | Month-to-Month Lease |
| List the contract number of any government contract | |
| | International Event Company, Inc.<br>9744 Wilshire Blvd., #301<br>Beverly Hills, CA 90212 |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease at 9740-9744 Wilshire Blvd., Beverly Hills, CA 90212 to Tenant |
| State the term remaining | Month-to-Month Lease |
| List the contract number of any government contract | |
| | Gold Management Group, LLC<br>9744 Wilshire Blvd., #303<br>Beverly Hills, CA 90212 |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease at 9740-9744 Wilshire Blvd., Beverly Hills, CA 90212 to Tenant |
| State the term remaining | Month-to-Month Lease |
| List the contract number of any government contract | |
| | Insurance Resources Group, Inc.<br>9744 Wilshire Blvd., #306<br>Beverly Hills, CA 90212 |

Debtor 1   9300 Wilshire LLC
     First Name          Middle Name          Last Name

Case number *(if known)*   2:23-bk-10918-ER



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease at 9740-9744 Wilshire Blvd., Beverly Hills, CA 90212 to Tenant | |
|---|---|---|---|
| | State the term remaining | Month-to-Month | |
| | List the contract number of any government contract | | The Play Group, LLC<br>9744 Wilshire Blvd., #309<br>Beverly Hills, CA 90212 |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease at 9740-9744 Wilshire Blvd., Beverly Hills, CA 90212 to Tenant | |
|---|---|---|---|
| | State the term remaining | 28 months | |
| | List the contract number of any government contract | | LND Realty<br>9744 Wilshire Blvd., #400<br>Beverly Hills, CA 90212 |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease at 9740-9744 Wilshire Blvd., Beverly Hills, CA 90212 to Tenant | |
|---|---|---|---|
| | State the term remaining | 8 months | |
| | List the contract number of any government contract | | Mark Mandel, MD<br>9744 Wilshire Blvd., #410<br>Beverly Hills, CA 90212 |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease at 9740-9744 Wilshire Blvd., Beverly Hills, CA 90212 to Tenant | |
|---|---|---|---|
| | State the term remaining | Month-to-Month Lease | |
| | List the contract number of any government contract | | Lavish Shadow<br>9744 Wilshire Blvd., #415<br>Beverly Hills, CA 90212 |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease at 9740-9744 Wilshire Blvd., Beverly Hills, CA 90212 to Tenant | |
|---|---|---|---|
| | State the term remaining | Month-to-Month Lease | |
| | List the contract number of any government contract | | Home Silk Shop<br>9744 Wilshire Blvd., #440<br>Beverly Hills, CA 90212 |

| Debtor 1 | 9300 Wilshire LLC | | | Case number *(if known)* | 2:23-bk-10918-ER |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease at 9740-9744 Wilshire Blvd., Beverly Hills, CA 90212 - parking lot | |
|---|---|---|---|
| | State the term remaining | Month-to-Month Lease | Platinum Parking, Inc. |
| | List the contract number of any government contract | | Attn Somme Sahab 227 E 2nd St., Ste.101A Los Angeles, CA 90012 |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease at 169 Pier Avenue, Santa Monica, CA to Tenant | |
|---|---|---|---|
| | State the term remaining | Month-to-Month Lease | Kevin Stolper |
| | List the contract number of any government contract | | 169 Pier Ave., #2 Santa Monica, CA 90405 |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease at 169 Pier Avenue, Santa Monica, CA to Tenant | |
|---|---|---|---|
| | State the term remaining | Month-to-Month Lease | H. Maxwell Joseph |
| | List the contract number of any government contract | | 169 Pier Ave., #7 Santa Monica, CA 90405 |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease at 169 Pier Avenue, Santa Monica, CA to Tenant | |
|---|---|---|---|
| | State the term remaining | Month-to-Month Lease | Jordan D. Rennert |
| | List the contract number of any government contract | | 169 Pier Ave., #8 Santa Monica, CA 90405 |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease at 171 Pier Ave., Santa Monica, CA to Tenant | |
|---|---|---|---|
| | State the term remaining | Month-to-Month Lease | Ocean Park Mail |
| | List the contract number of any government contract | | 171 Pier Ave. Santa Monica, CA 90405 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor 1 | 9300 Wilshire LLC | | | Case number *(if known)* | 2:23-bk-10918-ER |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease at 173 Pier Ave., Santa Monica, CA to Tenant | |
|---|---|---|---|
| | State the term remaining | Month-to-Month Lease | Pacheco Salon |
| | List the contract number of any government contract | | 173 Pier Ave. Santa Monica, CA 90405 |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease at 174 Pier Ave., Santa Monica, CA to Tenant | |
|---|---|---|---|
| | State the term remaining | 9 months | Santa Monica Underground, LLC |
| | List the contract number of any government contract | | 174 Kinney St. Santa Monica, CA 90405 |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | 169-177 Pier Ave., & 174 Kinney St., Santa Monica, CA - Easement #1 | |
|---|---|---|---|
| | State the term remaining | Month-to-Month Lease | ET Main, LLC Attn Evan Meyer |
| | List the contract number of any government contract | | 441 N Beverly Dr., Ste. 207 Beverly Hills, CA 90210 |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | 169-177 Pier Ave., & 174 Kinney St., Santa Monica, CA - Easement #2 | |
|---|---|---|---|
| | State the term remaining | Month-to-Month Lease | The Circle Bar |
| | List the contract number of any government contract | | 2926 Main Street Santa Monica, CA 90405 |

**Fill in this information to identify the case:**

Debtor name _____9300 Wilshire LLC_____

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA___

Case number (if known) ___2:23-bk-10918-ER___

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.28 | 1112 Investment Company, LLC | Attn: Ely Dromy 9744 Wilshire Blvd, #203 Beverly Hills, CA 90212 5% Interest in 9740-9744 Wilshire Blvd., Beverly Hills, CA Property | East West Bank | ☒ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.29 | 1112 Investment Company, LLC | Attn: Ely Dromy 9744 Wilshire Blvd, #203 Beverly Hills, CA 90212 5% Interest in 9740-9744 Wilshire Blvd., Beverly Hills, CA Property | AES Redondo Beach, L.L.C. | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.30 | 1650 Veteran, LLC | Attn: Ely Dromy 9744 Wilshire Blvd, #203 Beverly Hills, CA 90212 10.02% interest in 1100 N Harbor Dr., Redondo Beach, CA 90277 | AES Redondo Beach, L.L.C. | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.31 | 362 Camden Fee, LLC | 38.55% interest in 174 Kinney St & 169-177 Pier, Santa Monica, CA property | Valley National Bank, fka Bank Leumi USA | ☒ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.32 | 505 Investment Company, LLC | Attn: Ely Dromy 9744 Wilshire Blvd, #203 Beverly Hills, CA 90212 1.45% interest in 1100 N Harbor Dr., Redondo Beach, CA 90277 | AES Redondo Beach, L.L.C. | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |

| Debtor | 9300 Wilshire LLC | | Case number *(if known)* | 2:23-bk-10918-ER |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.33 | 5th Street Investment Company, LLC | Attn: Ely Dromy<br>9744 Wilshire Blvd, #203<br>Beverly Hills, CA 90212<br>4.45% interest in 1100 N Harbor Dr., Redondo Beach, CA 90277 | AES Redondo Beach, L.L.C. | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.34 | 9300 Wilshire Fee, LLC | Attn: Ely Dromy<br>9744 Wilshire Blvd, #203<br>Beverly Hills, CA 90212<br>43.95% interest in 9740-9744 Wilshire Blvd., Beverly Hills, CA Property; 22.50% interest in 174 Kinney St & 169-177 Pier, Santa Monica, CA property | East West Bank | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.35 | 9300 Wilshire Fee, LLC | Attn: Ely Dromy<br>9744 Wilshire Blvd, #203<br>Beverly Hills, CA 90212<br>43.95% interest in 9740-9744 Wilshire Blvd., Beverly Hills, CA Property; 22.50% interest in 174 Kinney St & 169-177 Pier, Santa Monica, CA property | AES Redondo Beach, L.L.C. | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.36 | BH Karka, LLC | Attn: Ely Dromy<br>9744 Wilshire Blvd, #203<br>Beverly Hills, CA 90212<br>28.95% interest in 174 Kinney St & 169-177 Pier, Santa Monica, CA property; 2.60% interest in 1100 N Harbor Dr., Redondo Beach, CA 90277 | Valley National Bank, fka Bank Leumi USA | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.37 | BH Karka, LLC | Attn: Ely Dromy<br>9744 Wilshire Blvd, #203<br>Beverly Hills, CA 90212<br>28.95% interest in 174 Kinney St & 169-177 Pier, Santa Monica, CA property; 2.60% interest in 1100 N Harbor Dr., Redondo Beach, CA 90277 | AES Redondo Beach, L.L.C. | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.38 | David Dromy | Attn: David Dromy<br>9744 Wilshire Blvd, #203<br>Beverly Hills, CA 90212<br>3.75% interest in 1100 N Harbor Dr., Redondo Beach, CA 90277 | AES Redondo Beach, L.L.C. | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | 9300 Wilshire LLC | | Case number *(if known)* | 2:23-bk-10918-ER |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.39 | Dromy 1995 Family Trust | Attn Ely Dromy<br>9744 Wilshire Blvd, Ste. 203<br>Los Angeles, CA 90024<br>28% interest in 9740-9744 Wilshire Blvd.,<br>Beverly Hills, CA Property | East West Bank | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.40 | E.D. Flores, LLC | Attn: Ely Dromy<br>9744 Wilshire Blvd, #203<br>Beverly Hills, CA 90212<br>2.5% interest in 9740-9744 Wilshire Blvd.,<br>Beverly Hills, CA Property | East West Bank | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.41 | E.D. Flores, LLC | Attn: Ely Dromy<br>9744 Wilshire Blvd, #203<br>Beverly Hills, CA 90212<br>2.5% interest in 9740-9744 Wilshire Blvd.,<br>Beverly Hills, CA Property | AES Redondo Beach, L.L.C. | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.42 | EJT Kinney Pier, LLC | co EJT Ventures, LLC<br>10433 Wilshire Blvd. #1206<br>Los Angeles, CA 90024<br>10% interest in 174 Kinney St & 169-177<br>Pier, Santa Monica, CA property | Valley National Bank, fka Bank Leumi USA | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.43 | EJT Wilshire Linden, LLC | c/o BLP<br>1100 Glendon Ave., 15th Floor<br>Los Angeles, CA 90024<br>10% interest in 9740-9744 Wilshire Blvd.,<br>Beverly Hills, CA Property | East West Bank | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.44 | Outdoor Billboard, LLC | Attn: Ely Dromy<br>9744 Wilshire Blvd, #203<br>Beverly Hills, CA 90212<br>1.58% interest in 1100 N Harbor Dr.,<br>Redondo Beach, CA 90277 | AES Redondo Beach, L.L.C. | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.45 | Peak Alcott, LLC | Attn: Ely Dromy<br>9744 Wilshire Blvd, #203<br>Beverly Hills, CA 90212<br>3.00% interest in 1100 N Harbor Dr.,<br>Redondo Beach, CA 90277 | AES Redondo Beach, L.L.C. | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

Debtor    9300 Wilshire LLC _____    Case number *(if known)*    2:23-bk-10918-ER

| | **Additional Page to List More Codebtors** | | |
|---|---|---|---|
| | Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page. | | |
| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
| 2.46 | SLH Fund, LLC | Attn Marc Cohen<br>541 S. Spring Street, Suite 1208<br>Los Angeles, CA 90013<br>3.45% interest in 1100 N Harbor Dr.,<br>Redondo Beach, CA 90277 | AES Redondo Beach,<br>L.L.C.    ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name     9300 Wilshire LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   2:23-bk-10918-ER

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | From the beginning of the fiscal year to filing date:<br>From 01/01/2023 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $21,711.00 |
   | For prior year:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br><br>☐ Other _____ | $216,895.00 |
   | For year before that:<br>From 01/01/2021 to 12/31/2021 | ☒ Operating a business<br><br>☐ Other _____ | $135,639.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor    9300 Wilshire LLC    Case number (if known) 2:23-bk-10918-ER

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | Englander Knabe Allen & Associates LLC<br>Attn Erik Rose<br>801 S. Figueroa St, Ste 1050<br>Los Angeles, CA 90017 | 12/15/2022<br>$5,875.00;<br>1/20/2023<br>$2,125.00 | $8,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.2. | Tree Case Management<br>4617 Pudue Ave.<br>Culver City, CA 90231 | 1/17/2023 | $5,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.3. | Newmeyer Dillion<br>Attn Michael Shonafelt<br>895 Dove St, 5th FL<br>Newport Beach, CA 92660 | 12/1/2022<br>$3,890.00;<br>12/15/2022<br>$13,000.00 | $51,990.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.4. | Rutan Tucker<br>Attn Doug Dennington<br>18575 Jamboree Rd, 9th FL<br>Irvine, CA 92612 | 12/15/2022<br>$28,000.00;<br>12/22/2022<br>$43,557.40 | $71,557.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |
| 3.5. | Greenspoon Marder LLP<br>333 South Grand Ave, Suite 3400<br>Los Angeles, CA 90071 | 2/17/2023<br>$25,000.00;<br>2/21/2023<br>$200,000.00 | $225,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Ely Dromy<br>9744 Wilshire Blvd., Ste. 203<br>Beverly Hills, CA 90212 | 1/5/2023 | $10,000.00 | In December 2022, Ely contributed $102,500 to AES/9300 Wilshire, LLC property's bank account. In January 2023, Debtor distributed back $10,000 |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

| Debtor | 9300 Wilshire LLC | Case number *(if known)*   2:23-bk-10918-ER |
|---|---|---|

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | City of Redondo Beach, a municipal corporation; City of Hermosa Beach, a municipal corporation, Petitioners vs. California State Water Resources Board, Respondent; and real parties in interest AES Southland Energy, LLC, AES Southland Energy Holdings II, et 20STCP03193 | Civil | Los Angeles Superior Court 111 North Hill Street Los Angeles, CA 90012 | ☐ Pending ☒ On appeal ☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                               Best Case Bankruptcy

Debtor    9300 Wilshire LLC                                                                   Case number *(if known)*    2:23-bk-10918-ER

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Greenspoon Marder LLP 333 S Grand Ave Suite 3400 Los Angeles, CA 90071 | | 2/17/23 $25,000.00; 2/21/23 $200,000.00 | $225,000.00 |
| | **Email or website address** victor.sahn@gmlaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

| Debtor | 9300 Wilshire LLC | Case number *(if known)* | 2:23-bk-10918-ER |
|---|---|---|---|

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Debtor | 9300 Wilshire LLC | Case number *(if known)* | 2:23-bk-10918-ER |
|---|---|---|---|

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  1247 3rd Street, LLC<br>Attn Leonid Pustilnikov<br>9744 Wilshire Blvd, Ste. 203<br>Beverly Hills, CA 90212 | | EIN: 85-3142704<br><br>From-To  09/15/2020 |
| 25.2.  Beachside Suites, LLC<br>Attn Leonid Pustilnikov<br>9744 Wilshire Blvd., Ste. 203<br>Beverly Hills, CA 90212 | | EIN: 46-1440228<br><br>From-To  11/01/2012 |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  DIICO Properties, LLC<br>Attn Simon Roth, Marta Richardson<br>9744 Wilshire Blvd., #203<br>Beverly Hills, CA 90212 | 03/01/2018 - Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

---

Debtor    9300 Wilshire LLC _____    Case number *(if known)*    2:23-bk-10918-ER

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    DIICO Properties, LLC<br>9744 Wilshire Blvd., #203<br>Beverly Hills, CA 90212 | 03/01/2018 |
| 26c.2.    Manela & Company<br>6300 Wilshire Blvd. Suite 2030<br>Los Angeles, CA 90048 | 04/01/2021 to Present |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|
|  |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Alex Hotel, LLC | 9744 Wilshire Blvd., Ste. 203<br>Beverly Hills, CA 90212 | Member | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| SLH Fund LLC | 9744 Wilshire Blvd., Ste. 203<br>Beverly Hills, CA 90212 | Member | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Leonid Pustilnikov | 9744 Wilshire Blvd., Ste. 203<br>Beverly Hills, CA 90212 | Manager | N/A |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    9300 Wilshire LLC                                    Case number *(if known)*  2:23-bk-10918-ER

| Name of the parent corporation | Employer Identification number of the parent corporation |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |

**Part 14:   Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     March 21, 2023

_____          Leonid Pustilnikov
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address

Victor A.Sahn (CA Bar No. 97299)
  victor.sahn@gmlaw.com
Steve Burnell (CA Bart No. 286557)
  steve.burnell@gmlaw.com
**GREENSPOON MARDER LLP**
333 S Grand Ave Suite 3400
Los Angeles, CA 90071
Telephone: 213.626.2311
Facsimile: 954.771.9264

FOR COURT USE ONLY

☒ *Attorney for:   Debtor in Possession*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

    9300 Wilshire LLC

                        Debtor(s),

                      Plaintiff(s),

                      Defendant(s).

CASE NO.: 2:23-bk-10918-ER
ADVERSARY NO.:
CHAPTER:    11

### CORPORATE OWNERSHIP STATEMENT PURSUANT TO    FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,  Leonid Pustilnikov                , the undersigned in the above-captioned case, hereby declare
       *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                      **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

See Addendum

b.  ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date  3/21/23

By: _____
Signature of Debtor, or attorney for Debtor

Name:  9300 Wilshire LLC
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

Alex Hotel LLC
541 S. Spring Street, Ste 1208
Attn: Marc Cohen
Los Angeles, CA 90013

SLH Fund, LLC
541 S. Spring Street, Ste 1208
Attn: Marc Cohen
Los Angeles, CA 90013

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                 **F 1007-4.CORP.OWNERSHIP.STMT**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   9300 Wilshire LLC

Case No.   2:23-bk-10918-ER

Chapter   11

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................... $   193,308.50   *

Prior to the filing of this statement I have received ...................................... $   193,308.50   *

Balance Due.................................................................................. $   0.00

2. The source of the compensation paid to me was:

☒ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

☒ Debtor    ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      (i) Compliance with UST requirements, including preparation of the 7-day package, (ii) examination of claims of creditors in order to determine their validity, (iii) provision of advice and counsel to the Debtor regarding legal issues, including, but not limited to, the use, sale or lease of property of the estate, use of cash collateral, postpetition financing, relief from the automatic stay, special treatment of creditors, payment of prepetition obligations, the rejection or assumption of leases, and related matters, (iv) negotiation with creditors holding secured and unsecured claims, (v) preparation and presentation of a plan of reorganization, (vi) objections to claims as appropriate, (vii) review, analysis, and legal research, and preparation of documents, correspondence, and other communications, regarding the foregoing matters, (viii) commencement and prosecution of avoidance actions and other adversary proceedings, (ix) appearance in and prosecution or defense of suits and proceedings, if any, when they arise, and (x) in general, representation of the Debtor in any and all bankruptcy law and related matters, and other matters involving bankruptcy law or the affairs of the Estate, which may arise in the course of the case, including accomplishment of all necessary and proper steps related to the foregoing.

*Note: Amount listed above is a retainer only. The Debtor will be responsible for all fees and costs in excess of the retainer amount, subject to approval by the Court.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

03/21/2023

Date

Victor Sahn

*Signature of Attorney*

Greenspoon Marder LLP
333 S Grand Ave Suite 3400
Los Angeles, CA 90071
(213) 626-2311
victor.sahn@gmlaw.com

*Name of law firm*