# United States Bankruptcy Court
## Central District of California
Los Angeles
Ernest Robles, Presiding
Courtroom 1568 Calendar

---

**Wednesday, August 30, 2023**                                                      Hearing Room    1568

<u>10:00 AM</u>
**2:23-10918**    **9300 Wilshire LLC**                                                              Chapter 11

#13.00    Hearing
RE: [77] Motion For Sale of Property of the Estate under Section 363(b) - No Fee Motion of Chapter 11 Debtor Under 11 U.S.C. § 363 and Bankruptcy Rule 6004 For Authorization to Sell Debtor's Interest in Real Property at Wilshire & Linden in Beverly Hills, California to E.D. Flores, LLC or its Nominee by Private Sale; Declaration of Leonid Pustilnikov in Support of Motion; Memorandum of Points and Authorities

fr. 7-11-23

Docket    77

**Matter Notes:**

8/30/2023

The tentative ruling will be the order.
Party to lodge order: As set forth in the Tentative Ruling

POST PDF OF TENTATIVE OR AMENDED TENTATIVE RULING TO CIAO

**Tentative Ruling:**

8/29/2023

**Note: Parties may appear at the hearing either in-person or by telephone. The use of face masks in the courtroom is optional. Parties electing to appear by telephone should contact CourtCall at 888-882-6878 no later than one hour before the hearing.**

    For the reasons set forth below, the Sale Motion is **GRANTED**. In the event any qualified overbidders are present, the Court will conduct the auction in accordance with the procedures set forth herein.

**Key Sale Terms:**

# United States Bankruptcy Court
## Central District of California
Los Angeles
**Ernest Robles, Presiding**
**Courtroom 1568 Calendar**

**Wednesday, August 30, 2023**                                                                     Hearing Room    1568

10:00 AM
**CONT...**        **9300 Wilshire LLC**                                                                                     **Chapter 11**

1) Proposed purchaser: E.D. Flores LLC
2) Property for sale: 10.55% fractional interest in property located at 9740 Wilshire Blvd., Beverly Hills, CA 90212 and 129 S. Linden Dr., Beverly Hills, CA 90212
3) Purchase price: $4,300,000
4) Overbids: The initial overbid shall be $4,400,000. Subsequent overbids shall be in increments of $100,000, subject to adjustment by the Court to facilitate bidding.

**Pleadings Filed and Reviewed:**
1) Papers filed in connection with initial July 11, 2023 hearing on Sale Motion:
   a) Motion of Chapter 11 Debtor Under 11 U.S.C. § 363 and Bankruptcy Rule 6004 for Authorization to Sell Debtor's Interest in Real Property at Wilshire & Linden in Beverly Hills, California to E.D. Flores, LLC or its Nominee by Private Sale [Bankr. Doc. No. 77] (the "Sale Motion")
      i) Order Setting Hearing on Shortened Notice on Debtor's Motion to Approve Private Sale of Fractional Interest in Real Property Located at Wilshire & Linden in Beverly Hills, CA [Bankr. Doc. No. 80]
      ii) Notice of Hearing on Shortened Time on [Sale Motion] [Bankr. Doc. No. 82]
   b) Limited Objection of the City of Redondo Beach to [Sale Motion] [Bankr. Doc. No. 93]
   c) Response of AES Redondo Beach, LLC to [Sale Motion] [Bankr. Doc. No. 94]
   d) Debtor's Omnibus Reply to Oppositions of AES Redondo Beach, LLC and the City of Redondo Beach [Bankr. Doc. No. 96]
2) Papers filed in connection with continued August 30, 2023 hearing on Sale Motion:
   a) Order Setting Continued Hearing on Sale Motion [Bankr. Doc. No. 104]
   b) Declaration of Leo Pustilnikov in Regard to Hearing on August 30, 2023 Regarding List of Debtor's Interest in Wilshire-Linden Property [Bankr. Doc. No. 136]
   c) Declaration of Michael Condon in Regard to Hearing on August 30, 2023 with Regard to Value of Wilshire-Linden Property [Bankr. Doc. No. 148]
   d) Memorandum of Chapter 11 Debtor Regarding Valuation of Real Property at 9740–9744 Wilshire Boulevard, Beverly Hills, California 90212 and 125 & 129 Linden Drive, Beverly Hills, California [Bankr. Doc. No. 138]
   e) Further Response of AES Redondo Beach, LLC to Debtor's Motion to Sell

**United States Bankruptcy Court**
**Central District of California**
Los Angeles
**Ernest Robles, Presiding**
**Courtroom 1568 Calendar**

**Wednesday, August 30, 2023**                                                              Hearing Room    1568

10:00 AM
**CONT...**          **9300 Wilshire LLC**                                                                           **Chapter 11**
           Debtor's Interest in Real Property at Wilshire & Linden in Beverly Hills,
           California to E.D. Flores or its Nominee by Private Sale [Bankr. Doc. No. 152]
     f)  Supplement to Limited Objection of the City of Redondo Beach to Motion of
           Chapter 11 Debtor Under 11 U.S.C. § 363 and Bankruptcy Rule 6004 for
           Authorization to Sell Debtor's Interest in Real Property at Wilshire & Linden
           in Beverly Hills, California to E.D. Flores, LLC or its Nominee by Private Sale
           [Doc. No. 153]
         i)  Declaration of Abigail V. O'Brient in Support of Supplement [Doc. No.
            154]
         ii)  Request for Judicial Notice in Support of Supplement [Doc. No. 155]
     g)  Reply of Chapter 11 Debtor [in support of Sale Motion] [Doc. No. 156]

**I. Facts and Summary of Pleadings**

    On February 21, 2023 (the "Petition Date"), 9300 Wilshire LLC (the "Debtor") filed a voluntary Chapter 11 petition. The Debtor's primary asset is a 21.4% ownership interest in approximately 50 acres of real property located at 1100 N. Harbor Drive, Redondo Beach, California (the "Redondo Beach Property"). The Redondo Beach Property, which is near the waterfront, is currently occupied by a natural-gas fired power plant. The Debtor's objective is to demolish the power plant and construct approximately 2,700 residential units on the Redondo Beach Property. The contemplated development—which the Debtor has marketed as the "One Redondo Project"—is opposed by various constituencies, including the City of Redondo Beach (the "City").

    The Debtor is owned by Leonid Pustilnikov ("Pustilnikov"), who holds a 50% interest, and Ely Dromy ("Dromy"), who holds an indirect 50% interest through his entity Alex Hotel. Pustilnikov and Dromy are both real estate developers and investors.

    In addition to the Redondo Beach Property, the Debtor owns fractional interests in seven other real properties. The Debtor moves for approval of a private sale of its 10.55% interest in real property located at 9740 Wilshire Blvd., Beverly Hills, CA 90212 and 129 S. Linden Dr., Beverly Hills, CA 90212 (the "Property," and the Debtor's fractional interest in the Property, the "Interest"). *See* Doc. No. 77 (the "Sale Motion"). The proposed purchaser is E.D. Flores LLC ("E.D. Flores"), an entity which currently holds a 2.5% interest in the Property. Dromy (who holds a 50% interest in the Debtor) is the principal of E.D. Flores, making E.D. Flores an insider of the Debtor. The proposed purchase price for the Interest is $4.3 million. After the

# United States Bankruptcy Court
## Central District of California
Los Angeles
**Ernest Robles, Presiding**
**Courtroom 1568 Calendar**

**Wednesday, August 30, 2023**                                                                 Hearing Room   1568

10:00 AM
**CONT...**        **9300 Wilshire LLC**                                                                          **Chapter 11**

deduction of the Debtor's pro-rata share of indebtedness against the Property, net proceeds to the estate from the sale will be between $2.6 and $2.815 million.

In addition to the Debtor and E.D. Flores, there are four other co-owners of the Property: (1) 1112 Investment Company LLC (5%), (2) 9300 Wilshire Fee LLC (43.95%), (3) Dromy 1995 Family Trust (28%), and (4) EJT Wilshire Linden LLC (10%). Each of the co-owners holds a right of first offer pursuant to a *Tenancy in Common Agreement* dated December 28, 2020 (the "TIC Agreement"). Under the right of first offer, any co-owner desiring to sell its ownership interest to a third party purchaser must first allow each of the other co-owners to make an offer to purchase the selling co-owner's ownership interest. If the selling co-owner does not accept an offer from another co-owner, the selling co-owner may sell its ownership interest to a third party, but only if the price offered by the third party is higher than that offered by the co-owner. *See* TIC Agreement at § 4(b).

The Property is encumbered by a Deed of Trust in favor of East West Bank ("EWB") in the amount of approximately $13.6 million. The loan secured by EWB's Deed of Trust matured in May 2023. Pustilnikov testifies that the entire Property is worth at least $40 million.

The Court conducted an initial hearing on the Sale Motion on July 11, 2023. On July 12, 2023, the Court ordered the Debtor (1) to submit an appraisal valuing the Interest, (2) to use commercially reasonable best efforts to market the Interest, and (3) to submit evidence of its efforts to market the Interest in a commercially reasonable manner. The Court reasoned that exposure to the marketplace was necessary to ensure that the estate receive the optimal price for the Interest.

On August 8, 2023, the Debtor caused the Interest to be listed for sale on CoStar (the equivalent of the Multiple Listing Service for commercial property) through real estate brokers Cushman & Wakefield. The Debtor submitted a valuation of the Property performed by Michael Condon ("Condon"), a broker at Cushman & Wakefield. Condon testifies that in its present condition, the Property in its entirety is worth $24.4 million. Condon Decl. at ¶ 7. He further testifies that if "the Property were improved including the razing of the existing structure and building a new and improved structure, the value would be higher and I understand that is what the current owner of the Property plans to do." *Id.*

Between August 9 and August 17, 2023, Cushman & Wakefield received thirteen inquiries regarding the sale of the Interest. None of the potentially interested parties elected to participate in the auction after learning more about the offering. Most of the parties declined to pursue the transaction after learning that the sale was only for the

**United States Bankruptcy Court**
**Central District of California**
Los Angeles
**Ernest Robles, Presiding**
**Courtroom 1568 Calendar**

**Wednesday, August 30, 2023**                                                                          Hearing Room    1568

10:00 AM
**CONT...**          **9300 Wilshire LLC**                                                                                   **Chapter 11**

Interest (rather than the Property in its entirety) or that the office building located on the Property was subject to a lengthy ground lease.

AES Redondo Beach LLC ("AES Redondo Beach"), which asserted at the initial Sale Hearing that the Debtor had to meet its heightened burden of showing that a sale to an insider should be approved, filed a supplemental objection to the Sale Motion. AES Redondo Beach reiterates its contention that the sale is intended primarily to benefit the Debtor's insiders and should not be approved. It further objects to the Debtor's proposal to pay approximately $250,000 in loans from co-owners of the Property from the sale proceeds, on the ground that such loans are pre-petition claims not entitled to priority. The City joins AES Redondo Beach's objection to the payment of $250,000 in loans to co-owners from the sale proceeds. The City also objects to the Debtor's proposal to pay $32,980.29 in rent arrearages due under the ground lease from the sale proceeds.

In reply to the supplemental oppositions of AES Redondo Beach and the City, the Debtor proposes to hold in reserve, pending further order of the Court, the $250,000 that it had initially sought to distribute from the sale proceeds to repay loans to insiders. However, the Debtor contends that it should be authorized to pay $32,980.29 in rent arrearages due under the ground lease directly from the sale proceeds.

## II. Findings of Fact and Conclusions of Law
### A. The Sale Motion is Granted

At the initial Sale Hearing, the Court found that the Debtor had not met its heightened burden of showing that a sale to an insider should be approved. The additional marketing efforts undertaken by the Debtor subsequent to the July 11, 2023 Sale Hearing have demonstrated that the proposed sale to E.D. Flores will generate optimal value to the estate under the circumstances. Cushman & Wakefield's marketing efforts have shown that there is limited commercial interest in the offering because the sale involves only the Debtor's 10.55% Interest in the Property, as opposed to the Property in its entirety.

AES Redondo Beach takes the position that additional marketing is required to insure that the estate receives the optimal value for the Interest. The Court disagrees. Nearly all of the parties inquiring about the sale lost interest immediately upon discovering that the entirety of the Property was not for sale. Additional market exposure is not necessary to further corroborate what the Debtor suspected all along— namely that the market would have limited appetite for a fractional Interest.

"The court's obligation in § 363(b) sales is to assure that optimal value is realized

## United States Bankruptcy Court
## Central District of California
Los Angeles
Ernest Robles, Presiding
Courtroom 1568 Calendar

**Wednesday, August 30, 2023**                                                                 **Hearing Room    1568**

<u>10:00 AM</u>
**CONT...        9300 Wilshire LLC                                                                             Chapter 11**

by the estate under the circumstances." *Simantob v. Claims Prosecutor, LLC (In re Lahijani)*, 325 B.R. 282, 288 (B.A.P. 9th Cir. 2005). Here, the estate is desperately in need of funds because it lacks income-generating assets. Under these circumstances, there are material benefits to a rapid sale. The Court cannot help but wonder whether AES Redondo Beach's opposition to the Sale Motion is more about depriving the Debtor's estate of funds, for the purpose of obtaining an advantage in its pending and contentious litigation against the Debtor, than about making sure that the estate receives optimal value for the Interest.

The Court agrees with the City and AES Redondo Beach that it is not appropriate for the Debtor to disburse funds from the sale proceeds to repay loans extended by insiders. As proposed by the Debtor, the funds earmarked for loan repayments shall be held in a separate interest bearing account, and shall not be distributed absent further order of the Court.

With respect to the Debtor's request to pay $32,980.29 in rent arrearages due under the ground lease directly from the sale proceeds, the Court notes that the Debtor's motion for authorization to assume the ground lease was filed on August 16, 2023 (the "Assumption Motion"). The 17-day period for interested parties to oppose the Assumption Motion has not yet expired. Funds earmarked to repay ground lease arrearages shall likewise be held in a separate interest bearing account and shall not be distributed until the Assumption Motion has been resolved.

In view of the Interest's exposure to the marketplace, and having reviewed Condon's declaration regarding his efforts to market the Interest, the Court finds that E.D. Flores is a good-faith purchaser entitled to the protections of § 363(m). In the event that an overbidder prevails at the auction, the Court will take testimony from such overbidder to determine whether § 363(m) protections are warranted.

Notwithstanding Bankruptcy Rule 6004(h), the over approving the sale shall take effect immediately upon entry. Pursuant to Bankruptcy Rule 6004(f)(2), the Debtor is authorized to execute all documents and instruments necessary to effectuate the sale.

**<u>B. Auction Procedures</u>**
In the event that any qualified overbidders are present, the Court will conduct the auction in accordance with the following procedures. The initial overbid shall be $4,400,000, with subsequent overbids to be in increments of $100,000. The overbid increment is subject to adjustment by the Court to facilitate bidding. The Court will announce each bid level; however, parties are free to submit bids in excess of the bid level announced by the Court. To remain in the auction, bidders must participate at all

# United States Bankruptcy Court
# Central District of California
## Los Angeles
## Ernest Robles, Presiding
## Courtroom 1568 Calendar

**Wednesday, August 30, 2023**　　　　　　　　　　　　　　　　　　　Hearing Room　　1568

<u>10:00 AM</u>
**CONT...**　　　**9300 Wilshire LLC**　　　　　　　　　　　　　　　　　　　　　**Chapter 11**

bid levels. That is, parties who do not bid in a round cannot later change their minds and re-enter the auction.

## III. Conclusion

Based upon the foregoing, the Sale Motion is **GRANTED.** Within seven days of the hearing, the Debtor shall submit an order incorporating this tentative ruling by reference.

| Party Information |
|---|

**Debtor(s):**

| | |
|---|---|
| 9300 Wilshire LLC | Represented By<br>Victor A Sahn<br>Rilyn Anne Carnahan<br>Steve  Burnell |