**FILED & ENTERED**

**AUG 28 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** johnson **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>9300 Wilshire, LLC, a Delaware Limited Liability Company,<br><br>Debtor(s). | Case No.: 2:23-bk-10918-VZ<br><br>CHAPTER 11<br><br>**ORDER:**<br><br>**(1) DENYING MOTION TO APPROVE ADEQUACY OF 1st AMENDED DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION FILED BY THE DEBTOR [docket #413, 452]**<br><br>**(2) SETTING HEARING ON MOTION TO APPROVE ADEQUACY OF DEBTOR'S 2nd AMENDED DISCLOSURE STATEMENT**<br><br><u>Prior Hearing:</u><br>Date:  August 15, 2024<br>Time: 11:00 a.m.<br><br><u>Hearing on Adequacy of Debtor's 2nd Amended Disclosure Statement</u><br>Date: October 24, 2024<br>Time: 11:00 a.m.<br>Ctrm: 1368, Roybal Federal Building<br>         255 E. Temple St.<br>         Los Angeles, CA 90012 |

On **July 1, 2024**, 9300 Wilshire, LLC ("Debtor") filed a Disclosure Statement and Plan of Reorganization ("Debtor's Disclosure Statement," docket #388).  On **July 3, 2024**, Debtor filed a Notice of Hearing on Adequacy of Disclosure Statement for August 15, 2024 at 11:00 a.m. ("Hearing Notice," docket #396).  On **July 25, 2024**, the Debtor filed a Motion to Approve Adequacy of the Disclosure Statement ("Motion," docket #413).  On **August 12, 2024**, the Debtor filed a 1st Amended Disclosure Statement and Plan of Reorganization ("Debtor's 1st Amended Disclosure Statement," docket #452).

Based upon the concurrently entered Findings of Fact and Conclusions of Law in Support of Order Denying Approval of Debtor's 1st Amended Disclosure Statement and Plan of Reorganization, **IT IS ORDERED**:

1) The Debtor's Disclosure Statement is moot, and the Debtor's 1st Amended Disclosure Statement is the operative document..
2) The Motion to approve Debtor's 1st Amended Disclosure Statement is **DENIED**.
3) **October 24, 2024, at 11:00 a.m.** is the hearing on a motion to approve debtor's 2nd amended disclosure statement (or subsequent amendment).
4) The schedule of service and filing deadlines is:
   a. Notice of Hearing, on court's form (42 days' notice) – **September 12, 2024**
   b. Final Version of Disclosure Statement, and Redline – **September 12, 2024**
   c. Motion and Supporting Declaration(s) – **September 24, 2024**
   d. Response and Supporting Declaration(s) --  **October 4, 2024**
   e. Reply and Supporting Declarations – **October 14, 2024**

###

Date: August 28, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge